UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATHAN J. MASON,<br>　　　Petitioner,<br>　　v.<br>GISELLE MATTESON, Warden,<br>　　　Respondent. | No. 2:22-cv-00661-JLS-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

　　ACCORDINGLY, IT IS ORDERED:

　　1.　The Report and Recommendation is accepted.

　　2.　The First Amended Petition is denied.

　　3.　Judgment shall be entered dismissing this action with prejudice.

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: July 11, 2025

*[signature]*

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE