JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NATHAN J. MASON,<br>      Petitioner,<br>  v.<br>GISELLE MATTESON, Warden,<br>      Respondent. | No. 2:22-cv-00661-JLS-BFM<br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the First Amended Petition in this matter is denied and the action is dismissed with prejudice.

DATED: July 11, 2025

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE